IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHARLTON FOSTER**, | : | CIVIL ACTION NO. 1:14-CV-0391 |
| Petitioner | : | (Chief Judge Conner) |
| v. | : | |
| **ERIC HOLDER, ET AL.**, | : | |
| Respondents | : | |

## ORDER

AND NOW, this 11th day of March, 2014, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of this date, it is hereby ORDERED that:

1. The petition for writ of habeas corpus is DENIED without prejudice.

2. As of the date of this order, ICE shall treat the petition for writ of habeas corpus as a request for release under 8 C.F.R. §§ 241.4 and 241.13.  ICE shall provide petitioner with a response to his request within thirty days.

3. The Clerk of Court is directed to CLOSE this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania